UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KRISPY KRUNCHY FOODS, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 15-590 |
| AMA DISCOUNT, INC.,<br>d/b/a CHEF DISCOUNT MARKET, ET AL. | SECTION "N" (2) |

## ORDER AND REASONS

Based on the parties' clarification to the Court that Plaintiff's motion for partial summary judgment (Rec. Doc. 34) did not seek relief against Defendants Ali M. Allan and Mohammed Allan, **IT IS ORDERED** that the Court's January 13, 2016 Order and Reasons (Rec. Doc. 51) is **AMENDED** such that partial summary judgment is rendered in Plaintiff's favor against only Defendant AMA Discount, Inc., d/b/a Chef Discount Market. In all other respects, the Order and Reasons remains the same.

New Orleans, Louisiana, this 13th day of January 2016.

_____
**KURT D. ENGELHARDT**
**United States District Judge**

**Clerk to Copy:**

Magistrate Judge Wilkinson

1