**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

KRISPY KRUNCHY FOODS, L.L.C.                    CIVIL ACTION

VERSUS                                          NO. 15-590

AMA DISCOUNT, INC. D/B/A CHEF                   SECTION "N" (2)
DISCOUNT MARKET; ALI M. ALLAN;
AND MOHAMMED ALLAN

**ORDER OF DISMISSAL**

The Court having been advised by counsel for the parties that all

of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that these actions be and are hereby dismissed without

costs and without prejudice to the right, upon good cause shown within

sixty days, to reopen the action if settlement is not consummated.  The

court retains jurisdiction to enforce the compromise agreed upon by the

parties.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY
WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 26th day of January, 2016.


_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE